# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| R2 Solutions LLC, <br><br> Plaintiff, <br><br> v. <br><br> Cloudera Inc., <br><br> Defendant. | Civil Action No. 1:23-cv-1205-DAE <br><br> Jury Trial Demanded |

## ORDER

Before the Court is the Joint Stipulation of Dismissal (the "Stipulation") filed by Plaintiff R2 Solutions LLC ("R2") and Defendant Cloudera Inc. ("Cloudera"). In the Stipulation, the parties stipulate to dismissal with prejudice of all claims in the above-captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Having considered the Stipulation, which the Court accepts and acknowledges, the Stipulation is hereby GRANTED. IT IS THEREFORE ORDERED that R2's claims against Cloudera and Cloudera's counterclaims, if any, against R2 in the above-captioned action are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees. **The Clerk is INSTRUCTED to CLOSE THE CASE.**

Dated: August 19, 2025.

THE HONORABLE DAVID A. EZRA
UNITED STATES DISTRICT JUDGE